IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                             CR NO. 1:05-10073-01-T

JERRY LEE CONWAY

<u>ORDER ON CHANGE OF PLEA</u>

This cause came on to be heard on December 20, 2005, Assistant U. S. Attorney, James W. Powell, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **<u>Thursday , March 23, 2006, at 8:30 A.M.</u>**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: *20 December 2005*



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CR-10073 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT